# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Northrop Grumman Corporation | ) ASBCA No. 61771 |
| | ) |
| Under Contract No. F04701-02-C-0009 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:　　　　Stephen J. McBrady, Esq.
　　　　　　　　　　　　　　　　　　　　Charles Baek, Esq.
　　　　　　　　　　　　　　　　　　　　　Crowell & Moring LLP
　　　　　　　　　　　　　　　　　　　　　Washington, DC

APPEARANCES FOR THE GOVERNMENT:　　　Arthur M. Taylor, Esq.
　　　　　　　　　　　　　　　　　　　　　DCMA Chief Trial Attorney
　　　　　　　　　　　　　　　　　　　　Carol Matsunaga, Esq.
　　　　　　　　　　　　　　　　　　　　　Senior Trial Attorney
　　　　　　　　　　　　　　　　　　　　　Defense Contract Management Agency
　　　　　　　　　　　　　　　　　　　　　Carson, CA

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

By letter dated June 19, 2018, a contracting officer issued a final decision, asserting a government claim against appellant. Appellant filed a timely notice of appeal on August 27, 2018. Subsequently, the parties jointly requested the appeal be dismissed, asserting that the contracting officer's final decision had been rescinded.

Where a contracting officer unequivocally rescinds a final decision asserting a government claim, there is no longer any claim before the Board to adjudicate, and the Board has dismissed the appeal as moot. *URS Federal Support Servs., Inc.*, ASBCA No. 60364, 17-1 BCA ¶ 36,587 at 178,204; *Combat Support Assocs.*, ASBCA Nos. 58945, 58946, 16-1 BCA ¶ 36,288 at 176,974. Accordingly, the appeal is dismissed as moot.

Dated: September 27, 2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOHN J. THRASHER
　　　　　　　　　　　　　　　　　　　　　Administrative Judge
　　　　　　　　　　　　　　　　　　　　　Chairman
　　　　　　　　　　　　　　　　　　　　　Armed Services Board
　　　　　　　　　　　　　　　　　　　　　of Contract Appeals

(Signatures continued)

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61771, Appeal of Northrop Grumman Corporation, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2